**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO GARCIA, ) | Case No. EDCV 08-1635-VAP (VBKx) |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| RECONTRUST COMPANY; ) COUNTRYWIDE HOME LOANS, ) INC.; MORTGAGE ) ELECTRONIC REGISTRATION ) SYSTEMS, INC. (MERS); ) and DOES 1-50, ) inclusive, ) ) Defendants. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: January 28, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge